Dismissed and Opinion filed September 12, 2002









Dismissed and Opinion filed September 12, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-01-00593-CV

____________

 

PATRICIA
MARCUM, Individually, as Guardian of LARRY MARCUM, and as Next Friend of AMBER
FLOWERS, a Minor, and CHERITH MARCUM, a Minor, Appellants

 

V.

 

BJ
SERVICES COMPANY U.S.A, Appellee

 



 

On Appeal from the 281st District Court

Harris
County, Texas

Trial Court Cause No. 00-34843 

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 7, 2001.

On September 9, 2002, the parties filed a joint motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER
CURIAM








Judgment rendered and Opinion
filed September 12, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).